**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dale Edward Richmond and Eleanor Evelyn Richmond<br>        Debtor(s) | BKY. NO. 14-02225 RNO<br><br>CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2830

                                                   Respectfully submitted,

                                                 **/s/ Thomas Puleo**
                                                 Thomas Puleo, Esquire
                                                 James C. Warmbrodt, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 825-6306  FAX (215) 825-6406
                                                 Attorney for Movant/Applicant