# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| DALE EDWARD RICHMOND | Case No.: 5-14-02225-RNO |
| ELEANOR EVELYN RICHMOND | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | BANK OF AMERICA, N.A. |
| Court Claim Number: | 22C |
| Last Four of Loan Number: | 199542830/RMMP |
| Property Address if applicable: | 113 SALLY DRIVE, , CLARKS SUMMIT, PA18411 |

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the Trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $0.00 |

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment:  $1,475.53
Next postpetition payment due:  JUNE, 2019
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: May 21, 2019

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name:  BANK OF AMERICA, N.A.
Court Claim Number:  22C

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5010 | 1109861 | 08/04/2014 | $3,104.34 | $0.00 | $3104.34 |
| 5010 | 1111775 | 09/17/2014 | $1,552.17 | $0.00 | $1552.17 |
| 5010 | 1113753 | 10/15/2014 | $1,552.17 | $0.00 | $1552.17 |
| 5010 | 1115415 | 11/06/2014 | $1,552.17 | $0.00 | $1552.17 |
| 5010 | 1118777 | 01/08/2015 | $1,552.17 | $0.00 | $1552.17 |
| 5010 | 1120623 | 02/04/2015 | $1,552.17 | $0.00 | $1552.17 |
| 5010 | 1122354 | 03/04/2015 | $1,552.17 | $0.00 | $1552.17 |
| 5010 | 1124108 | 04/01/2015 | $1,552.17 | $0.00 | $1552.17 |
| 5010 | 1125960 | 05/06/2015 | $1,552.17 | $0.00 | $1552.17 |
| 5010 | 1127808 | 06/03/2015 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1129551 | 07/01/2015 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1131295 | 08/03/2015 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1133070 | 09/02/2015 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1134814 | 10/06/2015 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1134814 | 10/06/2015 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1136591 | 11/04/2015 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1141031 | 01/07/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1142755 | 02/03/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1144345 | 03/02/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1146022 | 04/06/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1147803 | 05/04/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1149398 | 06/14/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1149398 | 06/14/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1152484 | 08/04/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1154020 | 09/01/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1155615 | 10/05/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1155615 | 10/05/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1158835 | 12/06/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1158835 | 12/06/2016 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1160432 | 01/12/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1162000 | 02/08/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1163498 | 03/09/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1165063 | 04/12/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1166694 | 05/11/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1168198 | 06/13/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1169769 | 07/06/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1171123 | 08/10/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1172670 | 09/19/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1174128 | 10/11/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1174128 | 10/11/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1174128 | 10/11/2017 | $153.28 | $0.00 | $153.28 |
| 5010 | 1175373 | 11/08/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1176759 | 12/05/2017 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1179575 | 02/08/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1182294 | 04/03/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1185318 | 05/15/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1186804 | 06/07/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1188052 | 07/12/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1188052 | 07/12/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1188052 | 07/12/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1189486 | 08/09/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1190817 | 09/06/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1192108 | 10/10/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1193498 | 11/08/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1194847 | 12/13/2018 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1196300 | 01/10/2019 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1197574 | 02/07/2019 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1198661 | 03/12/2019 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1199996 | 04/11/2019 | $1,475.53 | $0.00 | $1475.53 |
| 5010 | 1201361 | 05/09/2019 | $1,475.53 | $0.00 | $1475.53 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DALE EDWARD RICHMOND  Case No.: 5-14-02225-RNO
ELEANOR EVELYN RICHMOND  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 21, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| SABATINI, FREEMAN LLC<br>216 NORTH BLAKELY STREET<br>DUNMORE PA, 18512- | SERVED ELECTRONICALLY |
| BANK OF AMERICA<br>16001 NORTH DALLAS PARKWAY<br>ADDISON, TX, 75006 | SERVED BY 1ST CLASS MAIL |
| DALE EDWARD RICHMOND<br>ELEANOR EVELYN RICHMOND<br>113 SALLY DRIVE<br>CLARKS SUMMIT, PA 18411 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 21, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com