```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 14-02225-RNO
Dale Edward Richmond                                            Chapter 13
Eleanor Evelyn Richmond
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr          Page 1 of 1          Date Rcvd: Jul 10, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
db/jdb         +Dale Edward Richmond,   Eleanor Evelyn Richmond,   113 Sally Drive,
                Clarks Summit, PA 18411-9524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
              Brett    Freeman    on behalf of Debtor 2 Eleanor Evelyn Richmond bfecf@bankruptcypa.com,
               brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;nec
               f@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
              Brett    Freeman    on behalf of Debtor 1 Dale Edward Richmond bfecf@bankruptcypa.com,
               brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;nec
               f@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
              Carlo    Sabatini    on behalf of Debtor 2 Eleanor Evelyn Richmond usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Carlo    Sabatini    on behalf of Debtor 1 Dale Edward Richmond usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Bank of America, N.A nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Bank of America, N.A.
               nlabletta@pincuslaw.com,   brausch@pincuslaw.com
              Thomas I Puleo    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DALE EDWARD RICHMOND<br>ELEANOR EVELYN RICHMOND<br><br>Debtors | CHAPTER 13<br><br>CASE NO. 5:14-bk-02225-RNO |
| DALE EDWARD RICHMOND<br>ELEANOR EVELYN RICHMOND<br><br>Movants<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Respondent | DEBTORS' MOTION TO CONTINUE HEARING ON MOTION TO DETERMINE FINAL CURE AND MORTGAGE PAYMENT RULE 3002.1 |

**ORDER**

Upon consideration of *Debtors' Motion to Continue Hearing on Motion to Determine Final Cure Mortgage Payment Rule 3002.1*, it is hereby ORDERED that the motion is granted and the hearing is continued to August 21, 2019 at 9:30 a.m. Courtroom No 2, Max Rosenn US Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

Dated: July 10, 2019

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)