IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Dale & Eleanor Richmond, Debtor(s) | Chapter 13 |
| | Case No. 5:14-bk-02225-RNO |
| Dale & Eleanor Richmond, Movants | Adversary No. |
| vs. | Nature of Proceeding: Hearing on Motion to Determine Final Cure Payment |
| Nationstar Mortgage, LLC, Respondent | Pleading: Debtors' Motion to Determine Final Cure and Mortgage Payment Rule 3002.1 |
| | Document No. 75, 84 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☐ Thirty (30) days.
    ☒ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: December 9, 2019                                    /s/ Carlo Sabatini
                                                                                Attorney for Debtors