```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
In re:                                                        Case No. 14-02225-RNO
Dale Edward Richmond                                          Chapter 13
Eleanor Evelyn Richmond
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke        Page 1 of 1         Date Rcvd: Feb 21, 2020
                              Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
cr           ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC.,   PO Box 619096,
                Dallas, TX  75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              Brett  Freeman    on behalf of Debtor 2 Eleanor Evelyn Richmond bfecf@bankruptcypa.com,
               brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;nec
               f@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
              Brett  Freeman    on behalf of Debtor 1 Dale Edward Richmond bfecf@bankruptcypa.com,
               brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;nec
               f@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
              Carlo  Sabatini    on behalf of Debtor 2 Eleanor Evelyn Richmond usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Carlo  Sabatini    on behalf of Debtor 1 Dale Edward Richmond usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Bank of America, N.A bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicole Bernadette LaBletta    on behalf of Creditor   Bank of America, N.A.
               nlabletta@pincuslaw.com,  brausch@pincuslaw.com
              Nicole Bernadette LaBletta    on behalf of Creditor   Bank of America, N.A nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              Thomas I Puleo    on behalf of Creditor   Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Dale Edward Richmond and Eleanor Evelyn Richmond | |
| Dale Edward Richmond, and Eleanor Evelyn Richmond, | Chapter 13 |
| Movants, | Case No. 5:14-bk-02225-RNO |
| v. | |
| Nationstar Mortgage LLC, | |
| Respondent. | |

## ORDER

Upon Consideration of Debtors' Motion to Approve Settlement and Payment of Compensation to Counsel, it is hereby Ordered that the Motion is Granted.

The settlement is approved and Debtors' counsel shall distribute the settlement fund as follows:

- $4,200.00 to Dale Richmond and Eleanor Richmond;
- $13,864.50 to Sabatini Freeman, LLC

Dated: February 20, 2020

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge  BI