```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 14-02225-RNO
Dale Edward Richmond                                            Chapter 13
Eleanor Evelyn Richmond
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke           Page 1 of 1            Date Rcvd: Mar 10, 2020
                              Form ID: fnldec           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db/jdb        +Dale Edward Richmond,    Eleanor Evelyn Richmond,    113 Sally Drive,
                Clarks Summit, PA 18411-9524
aty           +Danielle M Mulcahey,    Wright & Associates,    148 Adams Avenue,   Scranton, PA 18503-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
              Brett Freeman    on behalf of Debtor 1 Dale Edward Richmond bfecf@bankruptcypa.com,
               brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;nec
               f@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
              Brett Freeman    on behalf of Debtor 2 Eleanor Evelyn Richmond bfecf@bankruptcypa.com,
               brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;nec
               f@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
              Carlo Sabatini    on behalf of Debtor 2 Eleanor Evelyn Richmond usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Carlo Sabatini    on behalf of Debtor 1 Dale Edward Richmond usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Bank of America, N.A bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicole Bernadette LaBletta    on behalf of Creditor   Bank of America, N.A nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              Nicole Bernadette LaBletta    on behalf of Creditor   Bank of America, N.A.
               nlabletta@pincuslaw.com, brausch@pincuslaw.com
              Thomas I Puleo    on behalf of Creditor   Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dale Edward Richmond,<br>aka Dale E Richmond,<br><br>**Debtor 1**<br><br>Eleanor Evelyn Richmond,<br>aka Eleanor Richmond,<br><br>**Debtor 2** | Chapter     13<br><br>Case No.     5:14−bk−02225−RNO |

Social Security No.:
           xxx−xx−5658      xxx−xx−9174

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 10, 2020            By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)